**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

Mattos et al.

**Plaintiff,**

v.

AFSCME, AFL-CIO, Council 3

**Defendant.**

\*
\*
\*
\*

Case No. 1:19-cv-02539-GLR

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the   Defendant, AFSCME, AFL-CIO, Council 3

I certify that I am admitted to practice in this Court.

10/31/2019
Date

/s/ Jacob Karabell
Signature

Jacob Karabell (21094)
Printed name and bar number

805 15th St. N.W. Ste. 1000, Washington, D.C. 20005
Address

jkarabell@bredhoff.com
Email address

(202) 842-2600
Telephone number

(202) 842-1888
Fax number